UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTONIO D. TONEY, II,
    Plaintiff,

v.

JONATHAN M. HILLIS,
    Defendant.

**JUDGMENT**
No. 5:17-CV-262-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 25, 2019, and for the reasons set forth more specifically therein, that defendant's motion summary judgment is granted.

**This Judgment Filed and Entered on February 25, 2019, and Copies To:**
Antonio D. Toney, II (via U.S. Mail at c/o T&D Trucking, PO Box 293, Spring Hope, NC 27882)
Clay Allen Collier (via CM/ECF Notice of Electronic Filing)

February 25, 2019        PETER A. MOORE, JR., CLERK

                                    /s/ Susan W. Tripp
                                  (By) Susan W. Tripp, Deputy Clerk